FRANK P. KELLY (SBN: 83473)
fkelly@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING VERDUZCO,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; HERITAGE FORD, INC., dba HERITAGE FORD MODESTO; and DOES 1 to 100,<br><br>    Defendants. | Case No. 1:13-CV-01437-LJO-BAM<br><br>**DECLARATION OF FRANK P. KELLY, III IN RESPONSE TO THIS COURT'S DECEMBER 11, 2013 ORDER TO SHOW CAUSE** |

I, FRANK P. KELLY, III, declare as follows:

1. I am an attorney licensed to practice in the State of California, as well as the United States District Court, Eastern District of California, and am an attorney with the law firm of Shook, Hardy & Bacon L.L.P., counsel of record for defendant Ford Motor Company in this action.

2. I have been an attorney in good standing in the State of California since I was admitted on November 29, 1978.

3. I present this declaration in response to this Court's Order to Show Cause, dated December 11, 2013, to address the question of whether notice was provided to the state court of Ford Motor Company's removal of the *Verduzco v. Ford* matter, Stanislaus County Superior Court No. 615207, to this Court on September 9, 2013.

4. In my 35 years of practice, I have never knowingly sought to manipulate or multiply judicial proceedings.

5. I understand that the Clerk of the Stanislaus Superior Court provided a notice to this Court suggesting that the state court was not provided notice of Ford Motor Company's September 9, 2013 removal of this matter. On September 9, 2013, I confirmed with attorneys working with me on the *Verduzco v. Ford Motor Company* case that notice of removal had been filed with the clerk of the state court, and that the notice of removal had been routed to the state court judge assigned to the case, the Honorable Timothy W. Salter, by the state court clerk's office. I have attached as Exhibit A a true and correct copy of the file endorsed Notice to Superior Court that Notice of Removal has been Filed in Federal Court, with the attached Notice of Removal Action, which was filed on September 9, 2013. Exhibit A is file endorsed by the state court with a stamp confirming that it was filed with the state court at 11:19 a.m. on September 9, 2013.

6. Attached at Exhibit B is a true and correct copy of the Notice to Plaintiff that Notice of Removal of Action has been Filed in Federal Court, which was also filed with the state court on September 9, 2013. Exhibit B is file endorsed by the state court with a stamp confirming that it was also filed with the state court at 11:19 a.m. on September 9, 2013.

7. On September 10, 2013, I appeared in Judge Salter's courtroom in the state court to confirm that the state court had received Ford's notice of removal. At that time, the state court judge, the Honorable Timothy W. Salter, confirmed that the state court "did receive yesterday a file-marked copy of notice to plaintiff [t]hat notice of removal of action has been filed in Federal Court and notice to Superior Court of the same and notice of removal." In response to this, the state court took this case off its trial calendar. Plaintiff's counsel advised the state court that the action would be remanded back from Federal Court, and that "we think we'll be back here in 31 days." The state court advised that it would set a case management conference for October 21, 2013. I objected to any further proceedings in the state court, stating that under 28 USC 1446(d), this case was at that time in federal court and the state court should not proceed with any further action. The state court advised that it had the right to set a case management conference. Attached as Exhibit C is a true and correct copy of the transcript reflecting the foregoing. This transcript erroneously identifies me as Brian Kelly rather than Frank Kelly.

8. On October 21, 2013, Plaintiff's counsel appeared before the state court to advise of the status of Plaintiff's motion to remand this action back to state court. I was in trial in Fresno Superior Court at that time but understand that two of my colleagues, Amir Nassihi and H. Grant Law, specially appeared on October 21, 2013 and also provided a status. Because this case had not been remanded at that point, the state court continued the status conference to November 26, 2013 to obtain a further update.

9. Beyond the updates provided to the state court as set out above, neither I nor any other attorney for Ford Motor Company engaged in any activity in the state court while this matter was pending in federal court.

10. On November 15, 2013, this Court ordered remand of this action back to the state court.

11. On November 19, 2013, Plaintiff's counsel filed, with the state court, an "Ex Parte Application for an Order Setting Trial in this Matter on or Before December 9, 2013." Attached as Exhibit D is a true and correct copy of Plaintiff's Ex Parte Application.

12. On November 21, 2013, the state court noted that it had received a copy of the remand order, and set a trial date in this matter of December 3, 2013. I am currently in trial on this matter. The trial schedule is Tuesday to Friday, with a break for the Holidays from December 20 through to January 2.

13. I do not know why the state court clerk sent a notice to this Court suggesting that the state court had not received notice of this removal. I have checked the state court docket and note that it does not describe all documents that are filed.

14. I am available to help clarify this issue with the state court clerk, including by returning any materials that need to be returned to the state court along with the file-endorsed copies of documents showing that this action had in fact been removed and remanded. I can personally handle resolution of this issue, including travelling to this Court to collect any materials that need to be returned to the state court and personally returning them either on a day that I am not in trial in this matter, (which would be any Monday, and also the time between December 20 and January 2,

1 when we adjourn this trial for the Holidays).  I have also arranged for my office to assist in any way
2 on any day that I am in trial.  I await the direction of this Court as to how I may best assist in and
3 facilitate resolution of this matter and the return of any materials to the state court.

4     I declare under penalty of perjury under the laws of the State of California that the foregoing
5 is true and correct and this Declaration is executed on December 16, 2013, in Modesto, CA.

7                                                         */s/ Frank P. Kelly, III*
8                                                          FRANK P. KELLY, III