UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRVING VERDUZCO,** | **CASE NO. 1:13-CV-01437-LJO-BAM** |
| **Plaintiff,** | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE SANCTIONS (DOC. 20)** |
| v. | |
| **FORD MOTOR COMPANY,** *et al.*, | |
| **Defendants.** | |

On September 9, 2013, Defendant, the Ford Motor Company, through counsel Frank P. Kelly, of Shook, Hardy & Bacon L.L.P., filed a notice of removal of Superior Court of California for the County of Stanislaus Case No. 615207. Doc. 1. By a November 15, 2013 Order, this case was remanded to state court. Doc. 17 ("Remand Order"). The Remand Order followed extensive litigation in response to Plaintiff's motion to remand, involving the expenditure of considerable judicial resources, including the issuance by the assigned Magistrate Judge of Findings and Recommendations ("F&Rs"), Doc. 15, as well as the necessity of reviewing and responding to Defendant's objections thereto, Docs. 16 & 17.

On December 4, 2013, this Court received a notice from the Stanislaus County Superior Court indicating that the state court never received notice of the removal. *See* Doc. 19. Although this Court lacks access to the complete paper record of the state court case, the online docket of Stanislaus County Superior Court No. 615207, *Verduzco, I. v. Ford Motor Company*, did not reflect the filing of a notice of removal.

On December 11, 2013, this Court issued an Order to Show Cause Re Sanctions upon Defense Counsel based upon the state court's notice and this Court's belief that Defense counsel's failure to file a

1

notice of removal with the state court evidenced bad faith intent to manipulate the judicial process. Doc. 20. In response, Defense Counsel presented documentation demonstrating that he did indeed file a notice of removal with the state court and that the notice was routed to the state court judge assigned to the case. Doc. 21. Although it is still unclear why the state court sent the Clerk of this Court a notice indicating Stanislaus County Superior Court No. 615207 had not been removed, the Court is satisfied that Defense counsel has complied with the removal statute and has not sought to manipulate the judicial process. Therefore, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 18, 2013**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

2