UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING VERDUZCO,<br><br>             Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>             Defendants. | No. 1:13-cv-01437-LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

On July 9, 2015, the Magistrate Judge issued Findings and Recommendations that Plaintiff's request for attorneys' fees be granted in part and denied in part and attorneys' fees in the amount of $10,060.00 be awarded to Plaintiff. (Doc. 25). The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after being served with the order. More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued July 9, 2015 are ADOPTED IN

FULL (Doc. 25);

2. Plaintiff's request for attorneys' fees is GRANTED IN PART and DENIED IN PART; and

3. Attorneys' fees in the amount of $10,060.00 are awarded to Plaintiff.

IT IS SO ORDERED.

Dated: **July 27, 2015**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE